UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENTON JULIANO | Docket No. 1:26-cr-80-JL-TSM-01 |

# **INDICTMENT**

The Grand Jury charges:

## **COUNT ONE**
**18 U.S.C. § 115(a)(1)(B)**
**Impeding, Intimidating, or Interfering with a Federal Official by Threat**

On or about June 26, 2026, in the District of New Hampshire, the defendant,

KENTON JULIANO,

did threaten to assault a United States Official whose killing would be a crime under 18 U.S.C. § 1114, namely, an employee of the Social Security Administration, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties and with intent to retaliate against such official on account of the performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL

/s/ Foreperson
FOREPERSON

ERIN CREEGAN
UNITED STATES ATTORNEY

By: /s/ Heather M. Anderson
Heather M. Anderson
Special Assistant U.S. Attorney